UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JULIA S. BRAINERD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:21-cv-03069-JRS-DML |
| | ) |
| COMPASS GROUP USA, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

Plaintiff, Julia S. Brainerd, and Defendant, Compass Group USA, Inc., have filed their Joint Stipulation of Dismissal seeking dismissal of this matter with prejudice. The Court, having reviewed said Stipulation and being duly advised in the premises, now finds that the matter should be dismissed.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this matter is dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

**SO ORDERED**.

Date: 5/21/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all ECF counsel of record.